SANTIAGO PANZARDI, INC., PLAINTIFF AND APPELLANTS, *v.*
BENEDICTO, TREASURER, DEFENDANT AND APPELLEE.

First District Court of San Juan.

No 2572.—Decided January 31, 1924.

This is an action for the refund of taxes paid under pro-
test and the appellant alleges that the judgment dismissing
the complaint should be reversed because the complaint is suf-
ficient in so far as it alleges that the Treasurer is collecting or
attempting to collect a tax without authority of law and that
his alleged authority, part of Act No. 55 of June, 1919, is un-
constitutional as it imposes a tax on imports. *Held:* That a
complaint based on an alleged unconstitutional statute should
contain a specific allegation to show such unconstitutionality;
that this question cannot be raised for the first time on appeal;
that an allegation that ''the automobiles were received in
Porto Rico'' is not a sufficient averment that they were
imported. The word ''import'' generally means to bring
into the United States from a foreign port. On the other
hand, the allegation that ''the defendant levied a tax without
any authority therefor'' is a conclusion of law.

The judgment was affirmed, but the case was remanded
so that the plaintiff should be allowed to file an amended
complaint.

MR. JUSTICE WOLF delivered the opinion of the court.